MKM

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

- against -

ASIM WAQAR,

          Defendant.

- - - - - - - - - - - - - - - - -X

**12 M 691**

C O M P L A I N T

(T. 18 U.S.C. § 1546)

EASTERN DISTRICT OF NEW YORK, SS:

    SEAN C. FAGAN, being duly sworn, deposes and states that he is a Special Agent with the United States Department of State, Diplomatic Security Service ("DSS"), duly appointed according to law and acting as such.

    Upon information and belief, on or about July 20, 2012, within the Eastern District of New York, the defendant ASIM WAQAR, did knowingly and willfully use and attempt to use a United States visa that was procured by means of a false claim or statement and otherwise procured by fraud and unlawfully obtained.

    (Title 18, United States Code, Section 1546)

    The source of your deponent's information and the grounds for this belief are as follows:[1]

---

[1] Because the purpose of this affidavit is to set forth only those facts necessary to establish probable cause, I have not set forth all the facts and circumstances of which I am aware.

1. I have been a special agent with the DSS for approximately five months. My information comes from a joint investigation of the DSS and the United States Customs and Border Protection agency ("CBP"). I have spoken with CBP agents, interviewed the defendant and reviewed documents.

2. On July 20, 2012, the defendant ASIM WAQAR arrived at John F. Kennedy International Airport on Kuwait Airlines flight # KU 117 from Kuwait City, Kuwait. Upon arrival, the defendant presented to a CBP officer a valid Pakistani passport #AA6320542, issued on June 24, 2010. The passport contained a B1/B2 United States entry visa with foil #C6572990, issued on February 1, 2012. The defendant sought entry as a visitor for business.

3. After presenting the passport and visa, the defendant was selected for a secondary inspection by CBP officers because a computer database indicated that he was a match to a lookout in the Treasury Enforcement Communications System (TECS) indicating that he may have provided fraudulent information to the U.S. Embassy in Islamabad, Pakistan to obtain a U.S. Visa.

4. When the defendant applied for the visa in Islamabad, the defendant indicated that he owned a carpeting and flooring company named "Afghan Carpet Industries" and that he wanted a U.S. visa to attend the "Coverings" 2012 Exposition in Orlando, Florida. An internet search revealed that this trade

2

show ran from April 17 to 20, 2012. The defendant ASIM WAQAR did not enter the United States at or around that time.

5. During the secondary inspection on July 20, 2012, the defendant ASIM WAQAR stated that he was coming to the United States to "explore business opportunities" in the U.S. carpet industry, however, he could not name any company that he had plans to meet with. The defendant was then asked additional questions about his business and appeared to lack more than a rudimentary knowledge of the carpeting industry.

6. When confronted with these and other inconsistencies, the defendant ASIM WAQAR admitted, in sum and substance and in part, that he was not the owner of a carpet company and that the business documents he was traveling with were fake and had been provided to him by someone else.

7. The defendant ASIM WAQAR was then advised of his Miranda rights in English and in Urdu. He appeared to understand these rights and indicated in writing that he waived his rights. The defendant then stated, in sum and in substance and in part, that at the time of his visa application, he knew that he could not fulfill the requirements for obtaining a U.S. visa. The defendant then explained that he sought the assistance of a man known for supplying fraudulent documents in the area in which he lived in Pakistan. The defendant paid the man two lakh Pakistani Rupees in exchange for, among other things, fraudulent business documents to be submitted with his visa application and coaching

3

on what to say during the visa interview. The defendant further admitted that he was aware that some of the information on his visa application was false.

WHEREFORE, your deponent respectfully requests that the defendant ASIM WAQAR be dealt with according to law.

Sean C. Fagan
Special Agent
U.S. Department of State
Diplomatic Security Service

Sworn to before me this
21st day of July, 2012

HONORABLE RAMON E. REYES, JR.
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK

4